**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 09-cv-00435-LTB

JAMES N. LANGE, JR.,

    Plaintiff,

v.

MICHAEL MILLER, in his individual capacity,
CRAIG TYER, in his individual capacity, and
WAYNE WEYLER, in his individual capacity,

    Defendants.

_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of Defendants Craig Tyer and Wayne Weyler (Doc 11 - filed June 11, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendants Craig Tyer and Wayne Weyler only,** each party to pay their own fees and costs.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: June 12, 2009