IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-0435-LTB-MJW

JAMES N. LANGE, JR.,
    Plaintiff,
vs.

MICHAEL MILLER,
    Defendant.

---

ORDER (Docket No. 23)

---

**THIS MATTER** having come before the Court on the Parties' Stipulated Motion to Reschedule the Scheduling Conference in this matter, and the Court being fully advised in the matter,

**IT IS HEREBY ORDERED** that the Scheduling Conference in this matter is rescheduled for September 9, 2010 at 10:00 a.m.. ⊛

DATED this 16TH day of August, 2010.

⊛ The proposed Rule 16 Scheduling Order shall be filed with the Court by Sept. 7, 2010

FOR THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO