IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00435-LTB-MJW

JAMES N. LANGE, JR.,

Plaintiff,

v.

MICHAEL MILLER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Stipulation and Motion to Vacate Scheduling Conference **(Docket No. 29)** is **granted**. The Scheduling Conference set for September 9, 2010, at 10:00 a.m. is vacated. On or before September 17, 2010, the parties shall file their stipulation for dismissal or show cause in writing why this case should not be dismissed.

Date: September 8, 2010