**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-00435-LTB

JAMES N. LANGE, JR.,

        Plaintiff,

v.

MICHAEL MILLER, in his individual capacity,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____


THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 33 - filed September 17, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.


        BY THE COURT:


          s/Lewis T. Babcock_____
        Lewis T. Babcock, Judge

DATED:    September 20, 2010